UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | No. 98 CR 923-4 |
| v. | ) | |
| FRANCISCO FIGEROA, | ) | Judge Blanche M. Manning |
| Defendant | ) | |

## SATISFACTION OF JUDGMENT

Judgment was entered for the United States, and against the defendant, Francisco Figeroa, in the above-entitled cause in the United States District Court, for the Northern District of Illinois. The judgment in the amount of $600 has been satisfied.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/ Joseph A. Stewart
  JOSEPH A. STEWART
  Assistant United States Attorney
  219 South Dearborn Street
  Chicago, Illinois 60604
  (312) 469-6008
  joseph.stewart@usdoj.gov

**CERTIFICATE OF SERVICE**

      The undersigned Assistant United States Attorney hereby certifies that in accordance with Fed. R. Civ. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

      SATISFACTION OF JUDGMENT

were served pursuant to the district court's ECF system as to ECF filers, if any, and will be mailed out within five business days of this release being filed., to the following non-ECF filers:

Francisco Figeroa
2211 North Leamington Avenue
Chicago, IL   60639


                        By: s/ Joseph A. Stewart
                        JOSEPH A. STEWART
                        Assistant United States Attorney
                        219 South Dearborn Street
                        Chicago, Illinois  60604
                        (312) 469-6008
                        joseph.stewart@usdoj.gov